No. 791. CADEZ ET AL., DOING BUSINESS AS CENTRAL DISTRIBUTING CO., *v.* GENERAL CASUALTY COMPANY OF AMERICA ET AL. C. A. 10th Cir. Certiorari denied. Petitioners *pro se. Charles W. Johnson* and *Eugene S. Hames* for respondents.

No. 803. LOCKLIN ET AL., DOING BUSINESS AS RADIANT COLOR CO., *v.* SWITZER BROTHERS, INC. C. A. 9th Cir. Certiorari denied. *Stephen S. Townsend* and *Charles E. Townsend, Jr.* for petitioners. *Benjamin H. Sherman* and *John F. Swain* for respondent.

No. 822. TRINIDAD CORPORATION *v.* INDIAN TOWING CO., INC. C. A. 5th Cir. Certiorari denied. *Joseph M. Rault* for petitioner. *Eberhard P. Deutsch* for respondent.

No. 715. FLECK ET AL. *v.* CLEVELAND BAR ASSOCIATION. Supreme Court of Ohio. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Frederick Bernays Wiener* and *David I. Sindell* for petitioners. *Paul J. Gnau* and *Burt J. Fulton* for respondent.

No. 786. CARNES ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Robert E. Andrews* and *Frank B. Stow* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 590, Misc. SIMS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.